___d E. Caraffa 350727
Name and Prisoner/Booking Number

ASPC-TUCSON RINCON Unit Housing Unit Five cell 5A TOP
Place of Confinement

PO Box 24403
Mailing Address

Tucson Arizona 85734 USA
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED    ☐ LODGED

**Jan 23 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

Alfred Erika
Caraffa 350727 (et al.)
~~LEON~~ et al,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) C/O LEON Mail/Property officer at Rincon,
(Full Name of Defendant)

(2) C/O Ramos Housing unit C/O on Housing unit Five,

(3) C/O John Doe #1000766 unknown named, Correctional,

(4) C/O M, Moyer officer on HU5,
Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-43-TUC-JGZ(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

3) Jury trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

**A.  JURISDICTION**

1.   This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Official Individual and Unconstitutional Capacities and
   42 USC § 1997(d) Retaliation and 28 use section 7 FII Class Action(s)

2.   Institution/city where violation occurred: ASPC-Tucson/Tucson Arizona

Revised 12/1/23

1 of 22 w/43 pgs Plus 5 pgs of Exhibit(s)
**550/555**
70 total

## B.  DEFENDANTS

1.  Name of first Defendant: __C/O LEONE__  The first Defendant is employed
as: __Mail Property C/o of Rincon Cnit__  at __Unlawful State employee__.
    *(Position and Title)*                                                                      *(Institution)*

2.  Name of second Defendant: __C/o Ramos__  The second Defendant is employed as:
as: __Housing units correctional officer__  at __Unlawful State employee__
    *(Position and Title)*                                                                      *(Institution)*

3.  Name of third Defendant: __C/o Unknown John Doe #2000766__  The third Defendant is employed
as: __Housing units correctional officer__  at __Unlawful State employee__
    *(Position and Title)*                                                                      *(Institution)*

4.  Name of fourth Defendant: __C/o M. Moyer__  The fourth Defendant is employed
as: __Correctional officer on HU 5 1/19/24__  at __Unlawful State employee__
    *(Position and Title)*                                                                      *(Institution)*

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2.  If yes, how many lawsuits have you filed? __161__ *Approx.*  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: __See Query Search__    N/A
        2.  Court and case number: __See Query Search__
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)
            __See Query Search__

    b.  Second prior lawsuit:
        1.  Parties: __N/A__  v. __N/A N/A__
        2.  Court and case number: __N/A__
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) __N/A__

    c.  Third prior lawsuit:
        1.  Parties: __N/A__  v. __N/A N/A__
        2.  Court and case number: __N/A__
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) __N/A__

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

X 2 of 22

## B. Defendant(s)

5) Name of the fifth Defendant: State of Arizona the fifth Defenant is known as the State of Arizona in official Capacity

6) Name of the Sixth Defendant: ADCRR: the Sixth Defendant is known as Arizona Department of Corrections(s) an Unlawful and Unconstitutional State of Arizona Entity of State Government.

7) Name of the Seventh Defendant is Unknown unlawful Employee(s) of ASPC-Tucson, the seventh Defendant is known as Unknown State of Arizona Employees at Rincon unit and

8) Name of the Eighth Defendant is Monrovia, Reykjavik the 8th Defendant is known as Monrovia Reykjavik An Unknown Person in Emails of Legal Effects filed to the federal Courts.

9) Name of the Ninth Defendant is Subclass of Inmate(s) on Housing unit five and six at Rincon unit. The ninth Defendant(s) Are A subclass of Inmates on Housing unit 5 and 6 at Rincon unit in An Unlawful custody of the ADCRR with NO Immunity in Individual Capacity

2(a) of 4 of 22

## B. Defendant(s)

13) The Name of the 13th Defendant is U.S. District Court of Arizona Judge Jeniffer G. Zipps who is employed as An U.S. District Court Judge In official and Individual Capacities.

14) The Name of the 14th Defendant is The U.S. District Court In and For the District of Arizona which is An agency of the United States of America in official Capacity.

15) the Name of the 15th Defendant is the U.S. Court of Appeals for the Ninth Circuit court. In official Capacity of the united States of America as an Agency of the United States of America.

## Plaintiff(s)

2) The Additional Plaintiff(s) is known as Joe Biden President of the United States of America, In official Capacity only.

3) the third Plaintiff is known as the "office of the President of the United States of America" In official Capacity of the United States of America.

## B. Defendents (Continued)

10) the Name of the Tenth Defendant is THE United States of America in official Capacity

11) the Name of the 11th Defendant is Kathryn Ann Damstra who is employed es Assistant Attorney General of the State of Arizona at the Arizona Attorney Generals office. In official Capacity

12) the Name of the 12th Defendant is U.S. District Court of Arizona Judge M.T. Liberdi In official and Individual Capacities

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: 8th Amendment
of the U.S. Constitution.

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
☐ Basic necessities          ☐ Mail          ☒ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
Defendant(s) on 1/12/24 and 1/16/24 and 1/17/2024
while in unconstitutional employment by the Defendant(s) ADCRR
and State of Arizona violated the process clause of Rule 45.1
of the United States Supreme Court by refusing to allow
this habeas petitioner in case 23-6409 of the Supreme Court of
The United States to file(S) five federal court documents by
Institutional Legal Mailing System to the Supreme Court
of the United States of America.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
Violation of process in the Supreme Court Action 23-6409,
and violation of the office of the President of the United
States of America.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count I?              ☐ Yes    ☒ No
    c.  Did you appeal your request for relief on Count I to the highest level?     ☐ Yes    ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  Federal Jurisdiction (under an Act of
    Treason.

3 of 22

**COUNT II**

1. State the constitutional or other federal civil right that was violated: 8th Amendment
U. S. Constitution

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Defendant(s) Known as Subclass of Inmates on Housing Unit Five and six at Rincon unit (Defendant(s) ?) Knowingly and willingly make comment(s) about Treasonist Act(s) of federal court Document(s) as employed by the unlawful State government Entity and Employees of ADCRR.
   Employed as government Informant(s) for the unlawful Correctional officer(s) on Housing units five and six at Rincon unit
Comments about stealing federal court document(s) to Blackmail A federal Judge in Phoenix, Arizona Comments of Intimidation tatics to impose fear of A witness against four Corrupt federal Judges. and Comments of Being Apart of an group or Network of Individuals who Run the Unconstitutional state government and comment(s) of trying to set up this plaintiff for, A rape charge while on Housing unit six at Rincon unit.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Act(s) and Action(s) by Informant(s) of the unlawful and unconstitutional Correctional officer(s) at Rincon unit ASPC-Tucson

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Federal Jurisdiction as a network of Terrorist out to defraud the United States government

4 of 22

## COUNT III

1. State the constitutional or other federal civil right that was violated: **8th Amendment U.S. Constitution**

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendants correctional officer(s) of ADCRR and some of their Inmate Informants create conspiracies about stealing lawsuit money given to this Plaintiff In several civil Action(s) and conspire on how they are going to or have stolen money from Alfred E. Caretta 350727 and from A Bank Account of and in the name for Alfred E. Caretta who has An ADC # of 286686 in the Arizona Dept. of Corrections. Correctional officer(s) use these Inmate Informant(s) To deprive things from Alfred Erika Caretta 350727 in Exchange for "favors" from Correctional officer(s)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Excessive force by Correctional officer(s) who Are In an unconstitutional employment by the State of Arizona.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Federal Jurisdiction

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5 of 22

## Count Four
### Cause of Action

1) Constitutional Right and/or Civil Right that has Been violated = Fifth Amendment U.S. Constitution.

2) Count Five = Criminal Action(s)

3) Supporting Fact(s) = This Plaintiff has filed several civil class Action(s) calling for the Criminal charges Against unlawful and Corrupt Employes of the ADCRR. while Defendant(s) Interferr with the Filing of Charges Against themselves and Allow the Corrupted Behavior of Correctional officer(s) and these federal District Court of Arizona Judge's who Allow the Criminal Behavior to Continue.

4) Injury - Corruption of A Network of Domestic Terrorist(s) in the State of Arizona

5)(a) yes (b) No (c) No (d) Is An Federal Jurisdiction under A Terrorist threat to the safety of the United States of America. and An issue of National Security.

5 (a) of 14 of 22

## Count Five
### Cause of Action

1) Constitutional Right and/or civil Right Violated: Seventh Amendment U.S. constitution

2) count 5 - Access to the Courts

3) Supporting facts - Defendant(s) of the Federal U.S. Court(s) have Violated the right of trial by Jury in over 100 civil and class Action Suits valued at more than twenty dollars ect. with unconstitutional federal Court document(s) and unsigned order(s) Not Authorized or Validated by Any federal Employee of the United States of America

4) Injury - Violation(s) of Right to A Jury trial over 100 times by Federal Corrupted Judges and Employees.

5) (a) yes (b) No (c) No
(d) is A federal Jurisdictional Court decision.

5(5) of 14 of 22

## Count Six
## Cause of Action

1) Constitutional Right and/or civil right violated:
11th Amendment of the U.S. Constitution

2) Count Eleven — Suits against States

3) Supporting Facts — Defendant(s) in official
Capacity as the Judicial power in the District
of Arizona have Abused their Authority as
Employees of this United States to give them-
selves an Unlawful and Corrupted Immunity
Not based on Any facts. But to protect them
from prosecution for their Unlawful Action(s)
of Religous Persecution of Alfred E. Caraffa
with An Unconstitutional Incarceration
as punishment for exposing them as enemies
of this United States of America.

4) Injury — Unconstitutional Persecution of
Alfred E. Caraffa 350727 by An Unlawful and
Corrupted Federal Judicial Power

5)(a) yes (b) no (c) no (d) is A Federal Court
decision not grievable at this State facility

5 (c) of 14 of 22

## Count Seven
## Cause of Action

1) Constitutional Right and/or civil right violated:
First Amendment U.S. Constitution

2) count 7 - Religious and political freedom.

3) Supporting facts - Defendant(s) of the
Federal and State Courts have Abridged the
right to petition the United States by enforcing
An Pre-filing Review case on habeas Corpus
Action(s) Not listed in the Case Docket of the
Federal Court of Appeals for the 9th Circuit.
see pgs. 12 to 18 and 38 to 42 Exhibit(s) of Evidence
(22-88.174)(9th Cir)

4) Injury - violation of An 9th Circuit Court of
Appeals' Federal Court order by Employes of
that SAMe court.

5)(a) yes (b) No (C) No (d) Is A Federal Jurisdictional
decision Not grievable at this Institution.

5 (d) of 14 of 22

## Count Eight
### Cause of Action

1) Constitutional Right and/or civil Right Violated: Article one section nine clause two United States Constitution.

2) Count 8 - Habeas Corpus

3) Supporting facts - Employes of the federal U.S. Courts have Abused the Federal Constitution while in Rebellion against the United States to keep this habeas Corpus petitioner unlawfully held in An UNCONSTITUTIONAL Custody of the Defendant(S) ADCRR and the State of Arizona. while claiming An unlawful and unreal Immunity of themselves. which as prolonged the Constitutional Release of this habeas Corpus prisoner, of the Corrupted federal and State of Arizona government(S).

4) Injury - Suspending the Constitutional release of Alfred E. Caraffa 350727 in An writ of habeas Corpus.

5) (a) yes (b) yes (c) yes.

5(e) of 14 of 22

# Court Nine
## Cause of Action

1) Constitutional Right and/or civil right violated: fifth Amendment U.S. Constitution.

2) Court Nine - Due process of Law

3) Supporting facts - Federal Employees of the federal U.S. Court(s) have deprived Federal Constitutional Procedure(s) and Violated A federal Court order of the U.S. Court of Appeals for the 9th Circuit Court in Case Numbers) 23-3369; 23-15873; 23-2395; 23-4416; 23-15744 all subjected to Pre-Filing Review Starting May 16th 2023 all challenging unconstitutional conviction and/or sentence, which is exempt from the Pre-filing Review by the federal Court order of the 9th Cir.

4) Injury - Violation(s) of A federal U.S. Court of Appeals order by the employes of the Federal U.S. Court of Appeals (9th Cir.)

5) (a) yes (b) no (c) no (d) is A federal Jurisdictional Court decision.

5 (f) of 14 of 22

# Court Ten
## Cause of Action

1) Constitutional Right and/or Civil right Violated = 14th Amendment. U.S. Constitution. (Per A.R.S.A. Title 31 - section 201.01 (E)

2) Court 10 - Due process of Law.

3) Supporting facts - Defendant(s) of ADCRR In unofficial and Unconstitutional employment by the State of Arizona (Also Defendants) have Recieved notice of the Cost of An Unconstitutional Incarceration in Exhibit of Evidence 14ACD to the U.S. Supreme Court Stamped Recieved on July 16th 2023. Notice given on April 25th 2023 for two unconstitutional Incarceration(s) the Attorney General of the State of Arizona has had Almost 270 days (A reasonable time) And Not provided Any compensation.

4) Injury - Deprived Liberty, Property and Due process of Law by the employes of the State of Arizona.

5) (a) yes (b) No (c) No (d) is An Federal Jurisdictional disscusion which Kathlyn Ann Damstra has gotton Petition(s) of Habeas Corpus in several U.S. District and 9th cir. cases.
5(g) of 14 of 22

## Count Eleven
### Cause of Action

1) Constitutional Right and/or Civil right Violated:
14th Amendment U.S. Constitution
(Per ARS Const. Article 28.(6)(a)(b)(c)(d)

2) Count 11 - Due process of Law

3) Supporting facts - Under a state Constitutional
Law in this state of Arizona I, Alfred E. Careffa
350727 gave Legal notice to the State of Arizona
That the cost of An Unconstitutional Incarceration
has been calculated. See Exhibit of Evidence 14ACD
(pg.43). Defendant(s) have had A reasonable
time as Defendant Kathryn Ann Damstra has
had All the Legal document(s) for over A year.
(Assistant Attorney General Kathryn Ann Damstra)
And has not responded reasonable to the "clear"
and plainly "Convincing" Evidence cited. And is
Acting with Deliberate Indifference to the FEDERAL
Constitution as welles the State Constitution of
Arizona.

4) Injury - ARS Const. Article 28(6)(a)(b)(c)(d) is
not being followed and is A violation of my 14 Amendment rights
5(h) of 14 of 22

5) (a) yes (b) No (c) No (d) is An Federal Jurisdiction in federal Court as An Federal Constitutional Violation

Count 12

Cause of Action

1) Constitutional Right and/or Civil right violated = Eighth Amendment U.S. Constitution.

2) Count 12 - Cruel and Unusual Punishment.

3) Supporting facts - from Jan. 13th 2024 until Jan 21st 2024 on each Saturday and Sunday Defendant(s) ADCRR and the state of Arizona Along with unconstitutional employees of the ADCRR have Violated A federal U.S. District Court of Arizona order and Injunction by not providing A third Meal each day, To this Plaintiff Alfred E. Caraffa 350727.
     In Violation of Contempt of An U.S. District Court ORDER in Doing something that has been forbidden by A Federal United States court order.

4) Injury - not providing the propure Constitutional

5 (i) of 14 of 22

Diet and Food as ordered by the Federal Court.

5) (a) yes (b) yes (c) yes.

## Count 13

1) Constitutional Right And/or civil right Violated: 14th Amendment U.S. Constitution

2) Count 13 - Due process of Law

3) Supporting Facts - In Exhibit of Evidence (page 19 I of 48 I) Defendant(s) Are in Violation of the Federal Constitution to Electronic Submission of Documents to the Supreme Court of the United States. Defendant(s) ADCRR Do Not and will Not E-File document(s) to the Supreme Court of the United States which violates the process thereof. This Petitioner in 23-6409 is Pro Se and an Attorney of Record is and can be Pro Se (on Behalf of themselves) as of Jan. 18th 2024 the Defendants Are in Violation of the Process (Rule 45.1) of the Supreme Court of the

5(j) of 14 of 22

United States.

4) Injury - A Direct Violation of the office
of the President of the United States of
America.

5) (a) yes (b) No (c) No (d) The ADCRR is AN
unconstitutional State Entity by An oversight
In Constitutional Law. ARS Const. Art 20. (4)
ordiance makes the State of Arizona An Federal
Jurisdiction which Defendants have No Federal
Jurisdiction.

Count fourteen
Cause of Action

1) Constitutional Right and/or Civil Right Violated.
Fifth Amendment U.S. Constitution

2) Count 14: Due process of Law

3) Supporting facts: Notice of Constitutional
Procedure was sent Electronically to Defendant(s)
U.S. District Court Judge(s) M.T. Liburdi and

5(K) of 14 of 22



Jennifer G. Zipps of Document 10-1 (Exhibit of Evidence pg. 191 of 431) on page Five under subsection (8) - The seal of the Lower court and the file stamp MAy be reproduced by "..." This Plaintiff (Alfred E. Caraffa 350727) has over 100 case(s) with Federal Court Document(s) of the Defendants U.S. District Court of Arizona and Defendants U.S. Court of Appeals for the 9th Circuit which have NO Seal of the Lower Court, some have NO file Stamp while other(s) have NO signature to Authorization and validation of the Federal Court order(s), as Stated in Exhibit Enclosed.

4) Injury (unconstitutional Court Document(s) which violate the Rules of the Supreme Court of the United States Rule 45.1 Process and the ~~Press~~ office of the President of the United States of America.

5) (a) yes (b) No (C) No (d) is A Federal Jurisdiction

5 (L) of 14 of 22

## Count 15
## Cause of Action

1) Constitutional Right and/or civil Right violated:
Eighth Amendment U.S. Constitution

2) count 15 - Cruel and unusual punishment

3) Supporting facts - Defendant(s) under the cloak
of An Unconstitutional Immunity, Maliciously and
Corruptly issues unconstitutional 'Federal' court
order(s) with NO seal of the United States and
NO original signature(s) (has NO(s) as and
Reproduced signature from the original signature)
to unlawfully deprive Constitutional verdicts
in All of Alfred E. Caraffa 350-727 class
Action(s), civil Actions and habeas corpus
Action(s).

4) Injury - Cruelly and Maliciously deprived
Constitutional verdicts by the U.S. Federal
Court(s) As A Punishment for exposing Corruption.

5) (a) yes (b) NO (c) NO (d) Is A federal Court
Jurisdictional decision.

5 (M) of 14 of 22

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

~~For costs(s)~~ from Defendant(s) State of Arizona I seek the sum of 300 Million Dollars Plus Interest on the Judgment. From Defendant(s) United States of America I seek the Sum of 375 Million Dollars plus Interest on this Judgment plus AN additional 100 Million Dollars for each Action with No Sealer constitutional signatures on Court Documents with Interest on EAch Judgment from 1/20/2024 forward. Also I seek the Reversal of the UNCONSTITutional Absolute Immunity of federal Judge's Judicated by Judge Ciborci.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___Jan. 20th 2024___

DATE

SIGNATURE OF PLAINTIFF

Alfred "Erika" Caroffa 350727

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

___N/A___

(Signature of attorney, if any)

___N/A___

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

x 6 of 22 total Five
27 total

## E. Request for Relief

Against the United States of America I seek the Judgment Affirmed in case Number of $779,000,000.°° million Dollar Plus Interest on this Judgment at A total of $19,574,712,000.°° Dollars. of loss of Income During this Unconstitutional Kidnapping And ▓▓▓ Federal Judge M. T. Liburdi and his entire Career. your Kidnapping over money owed to ME has killed over 1 million people. So go Ahead An dismiss the case with Another Fraudulent Federal Court Document So the U.S. can continue to get Nothing in A Real Cause.



# Count 16

1) Constitutional Right and/or civil right Violated: Eighth Amendment U.S. constitution.

2) Count 16: Retaliation

3) Supporting facts — On December 22nd 2023, Defendant(s) correctional officer(s) on Housing unit six, C/o Aguirria and C/oLopez and C/o Owen(s) Among other correctional officer(s) and thier Inmate Informant(s) on Housing unit Five and six with C/o Quinn Conspired to file fraudulent, false Sexual assault charges Against this Petitioner/ Plaintiff Alfred "Erik" Caraffe 350727 By using Another Inmate Britney Douglas ADC#305089 who filed with the UNlawful Arizona Dept. of Corrections A false, Fraudulent report in An Conspiriciary to Get rape charge against this Plaintiff. As A form of Retaliation for losing their Employment(s) filed A Supreme Court Case

4) Injury — Excessive force in Attempting to Get fake, false, and fraudulent criminal charges Against this Petitioner/ Plaintiff.

pg 7 of 5 of 70

5) (a yes (b) No (c) No (d) Is An criminal
Investigation of Sexual Assault.

## Count 17
## Cause of Action

1) Constitutional Right and/or civil right Violated: Fourteenth Amendment U.S. Constitution.

2) Count 17- Due process of Law

3) Supporting facts - Under color of State Law two investigation(s) C/o Aquiria and C/o Lopez(female) Read me my miranda rights, took A formal Recorded Statement for An allegation of sexual Assault From Inmate Britney Douglas ADC#305089, which I wrote to the Federal U.S. District Court of Arizona on Dec. 22nd 2023 via The Injunction Portal on my tablet ADC#350727 Alfred E. Caraffa.

4) Injury - Excessive Force by Correctional officer(s) who Attempted to file fraudulent sexual Assault charges against this Petitioner/Plaintiff.

5) (a) yes (b) no (c) no (d) is An criminal Investigation of sexual Assault.

pg 7 of 5 of 70

## Count 18

1) constitutional Right and/or civil right
Violated: fifth Amendment U.S. Constitution

2) Count 18: Due process of Law

3) Supporting facts: on 9/21/2021 the
U.S. Court of Appeals for the Ninth circuit
filed an legal MEMORANDUM In A three
case civil Action writ of Certiorari filed to
the Supreme Court of the United States.
the Judgment in Exhibit of Evidence 20-16653
Alfred Caraffa V.US et al. was Affirmed by
the 9th Circuit Court of Appeals. In federal
Court Document 26 of 9th Circuit case Number
20-16653. See Exhibit of Evidence pg. 5 of 6 of
20-16653.

4) Injury—Deprivation of property by the
Defendant(s) not providing the compensation
for Almost 2 years.

5) (a) yes (b) No (c) No (d) Is A federal
Jurisdictional Issue

pg 7 of 5 of 70

| | | |
|---|---|---|
| 01/06/2021 | 17 | Sent Appellant a copy of the docket sheet in docket numbers 20−17050, 20−16653, 20−16723, 20−16819, 20−17320 in response to his letter of request received on 01/04/2020. [11953932] (JR) [Entered: 01/06/2021 09:35 AM] |
| 01/08/2021 | 18 | Filed Appellant Alfred E. Caraffa Miscellaneous motion formated on FORM 28 response to motion or court order. Deficiencies: None. Served on 12/30/2020. [11957835] (RL) [Entered: 01/08/2021 04:53 PM] |
| 01/14/2021 | 19 | Mail returned on 01/14/2021 addressed to Alfred E. Caraffa, re: copy of docket sheets for Nos. 20−16819, 20−16723, 20−17320, 20−16653, 20−17050, and 20−16151 sent in response to appellant's 01/04/2021 requests [16], [11953661−2]. Returned envelope notes: return to sender, not deliverable as addressed, unable to forward. Resending to: same address, LBJ − LOWER BUCKEYE JAIL, Maricopa County Jail, 3250 W. Lower Buckeye, Phoenix, AZ 85009. [11964642] [20−16819, 20−16723, 20−17320, 20−16653, 20−17050, 20−16151] (LA) [Entered: 01/14/2021 04:33 PM] |
| 01/15/2021 | 20 | Filed Appellant Alfred E. Caraffa motion to FRAP 15(b) default. Deficiencies: None. No service date. [11965916] (RL) [Entered: 01/15/2021 01:29 PM] |
| 01/25/2021 | 21 | Filed Appellant Alfred E. Caraffa letter dated 01/15/2021 re: FORM 29 request for Rules Book & Docket Sheet. Paper filing deficiency: None. [11981178] (RL) [Entered: 01/26/2021 09:02 AM] |
| 01/26/2021 | 22 | Sent Appellant a copy of the docket sheet in 20−16295 as well as the docket sheets for 20−46246,20−16653,20−16723, 20−16804, 20−16807, 20−16811, 20−16812, 20−16813, 20−17079, 20−16819, 20−16821, 20−16822, 20−16840, 20−16887, 20−16809, 20−16314, 20−16151, 20−16182, 20−71782, 20−17320 and 20−17395 as well as the 12/09/2020 order of the court in docket 20−17395 and the 12−15−2020 order of the court in 20−17079 and the 12/01/2020 order of the court in 20−17320 and DE #'s 11−21 in docket number 20−16653 and DE#'s 1−25 in docket number 20−16246 in response to the letter of request filed on 01/25/2021. FRAP and Ninth Circuit rules previously sent. [11981988] (JR) [Entered: 01/26/2021 02:17 PM] |
| 08/02/2021 | 23 | Filed Appellant Alfred E. Caraffa letter dated 07/19/2021 re: Case status. Paper filing deficiency: None. (Sent copy of docketsheet) [12189498] (RL) [Entered: 08/02/2021 02:01 PM] |
| 08/16/2021 | 24 | Filed Appellant Alfred E. Caraffa letter dated 08/07/2021 re: Request for copies of documents. Paper filing deficiency: None. (Sent copy of docket sheet) [12202715] (RL) [Entered: 08/16/2021 02:39 PM] |
| 08/17/2021 | 25 | Filed Appellant Alfred E. Caraffa FORM 27 moion for error of the Court. Deficiencies: None. Served on 08/06/2021. [12204090] (RL) [Entered: 08/17/2021 03:50 PM] |
| 09/21/2021 | 26 | FILED MEMORANDUM (RICHARD A. PAEZ, JACQUELINE H. NGUYEN and JOHN B. OWENS) Caraffa's pending motions are denied. AFFIRMED. FILED AND ENTERED JUDGMENT. [12234271] (JN) [Entered: 09/21/2021 09:30 AM] |
| 11/15/2021 | 27 | MANDATE ISSUED. (RAP, JHN and JBO) [12286610] (RL) [Entered: 11/15/2021 08:57 AM] |
| 12/01/2021 | 28 | Mail returned on 11/29/2021 addressed to Alfred E. Caraffa, re: [27] Mandate. Returned envelope notes: Return to sender, no longer in custody. Resending to: ASPC − ARIZONA STATE PRISON COMPLEX − TUCSON Santa Rita Unit P.O. Box 24401 Tucson, AZ 85734−4401 [12302075] (JBS) [Entered: 12/01/2021 08:47 AM] |
| 01/26/2022 | 29 | Filed Appellant Alfred E. Caraffa letter dated 01/19/2022 re: Case status. Paper filing deficiency: None. (Sent copy of docket sheet) [12353163] (RL) [Entered: 01/27/2022 10:46 AM] |
| 08/16/2022 | 30 | Filed Appellant Alfred E. Caraffa Request for copy of all documents and docket sheet. Dated 08/03/2022. Paper filing deficiency: None. [12518169] (RL) [Entered: 08/16/2022 02:04 PM] |
| 08/19/2022 | 31 | Sent Appellant a letter explaining the procedure for obtaining copies of court documents in response to the letter of inquiry received on 08−16−2022 [12521143] (JR) [Entered: 08/19/2022 12:49 PM] |

*Case Number 23-6409 exhibit of evidence*

# WAIVER

*pg-45 of 45*

## Supreme Court of the United States

No. 23-6409

Alfred E. Caraffa          v.     Arizona Department of Corrections, et al.
(Petitioner)                          (Respondents)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

**Please check the appropriate box:**

☐ I am filing this waiver on behalf of all respondents.

☐ I only represent some respondents. I am filing this waiver on behalf of the following respondent(s):

_____

_____

**Please check the appropriate box:**

☐ I am a member of the Bar of the Supreme Court of the United States. (Filing Instructions: File a signed Waiver in the Supreme Court Electronic Filing System. The system will prompt you to enter your appearance first.)

☐ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member. (Filing Instructions: Mail the original signed form to: Supreme Court, Attn: Clerk's Office, 1 First Street, NE, Washington, D.C. 20543).

Signature_____

Date:_____

(Type or print) Name _____
                    ☐ Mr.        ☐ Ms.        ☐ Mrs.        ☐ Miss

Firm _____

Address _____

City & State _____ Zip_____

Phone _____ Email _____

A COPY OF THIS FORM MUST BE SENT TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE OR COVER LETTER IS REQUIRED.

cc:

Appendix I
4/3 pgs + 1

Supreme Court Exhibit 572MM1

In the United States District Court in and
For the District of Arizona
Division of Tucson

Alfred "Erika" Caraffa
350727

    Plaintiff

VS.

Correctional officer
M. Moyer et. al.,

    Defendant(s)

Case Number 4:23-cv-00572-TUC-JGZ(PSOT)

Motion Title:
Summary Judgment
under Federal Rules
of Civil Procedure

I, Alfred "Erika" Caraffa 350727 Being
Pro Se Counsel for Myself and on Behalf
of Myself heredo Enter this Motion
For Summary Judgment under Federal
Rules of Civil Procedure.
In a class Action civil Lawsuit

1 of 3          1 of 43

The Defendant(S) have Ten days to file with the Court A proposed Settlement

This class Action was filed on Dec. 22nd 2023 by Alfred Erika Caraffa. In the U.S. District Court of Arizona.

Even with the holiday's past. Today is the 10th of Jan. 2024. NO settlement ~~offer~~ offer has Been provided in this Class Action.(1)

Therefore Under Federal Rule of Civil Procedure Rule 8(5)(6) - Effect of failing to Deny - An allegation - other than one relating to the Amount of Damage - is admitted, if a responsive pleading is Required. (which under 28 USCS section 1715. notice to appropriate federal or State official(s) the responsive pleading is required by Federal Statute

..."And the allegation is not Denied." which is has Not been Denied by the Defendant's State of Arizona, or Any of the Defendants in this class Action civil matter.

Additionally the Compensation Sought is well under the threshold of what the U.S. Supreme Court cites in Campbell and

2 of 3          2I of 43I

State Farm insurance Co. Vs. Gore As
for Damages/Relief in civil Matters.
as of Jan. 10th 2024.
The cost is $373,750,000.⁰⁰ Dollars
plus Interest on this Judgment at 11.6%
per week Since 12/22/2028. On 1/10/24
It's $43,355,000.⁰⁰ Dollars per payment. for
two payments Plus five days.

Jan 10th 2024

Alfred ~~Luigi~~ ~~Ceratta~~

3 of 3

Footnotes

1) See ARS const. Art. 28. 6 Noticéfication to
the Attorney General. 28. 6(a)(b)(c)(d).

3 I of 43 I

1/16/24, 8:33 AM State of Arizona Mail - Activity in Case 4:23-cv-00572-JGZ-PSOT Caraffa #350727 v. Moyer et al Motion for Summary Judgment

Case 4:24-cv-00043-JGZ-PSOT    Document 1    Filed 01/23/24    Page 33 of 79

 Gmail

Rincon Library - ADC <tuc.rincon.library@azadc.gov>

*SUPREME COURT Exhibit 572 MM1-A*

## Activity in Case 4:23-cv-00572-JGZ-PSOT Caraffa #350727 v. Moyer et al Motion for Summary Judgment

1 message

**azddb_responses@azd.uscourts.gov** <azddb_responses@azd.uscourts.gov>
To: azddb_nefs@azd.uscourts.gov

Fri, Jan 12, 2024 at 10:03 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### DISTRICT OF ARIZONA

#### Notice of Electronic Filing

The following transaction was entered on 1/12/2024 at 10:03 AM MST and filed on 1/11/2024
**Case Name:**      Caraffa #350727 v. Moyer et al
**Case Number:**    4:23-cv-00572-JGZ-PSOT
**Filer:**          Alfred Erika Caraffa
**WARNING: CASE CLOSED on 01/10/2024**
**Document Number:** 8

**Docket Text:**
**MOTION for Summary Judgment Under Federal Rules of Civil Procedure by Alfred Erika Caraffa. (3 pages). (BAC)**

**4:23-cv-00572-JGZ-PSOT Notice has been electronically mailed to:**

Alfred Erika Caraffa    tuc.rincon.library@azadc.gov

**4:23-cv-00572-JGZ-PSOT Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=1/12/2024] [FileNumber=25452996-0] [217504adbd1a3b911ab0b9bc34143bd69408af13fe9709b63217106d100ee4bfe19edadf805605b824f0639f495b6ec588287c857d92ed8d04848a11eb12fa56]]

*4 I of 43 I*

1/16/24, 8:34 AM
Case 4:24-cv-00043-JGZ-PSOT   Document 1   Filed 01/23/24   Page 34 of 79
State of Arizona Mail - Activity in Case 4:23-cv-00572-JGZ-PSOT Caraffa #350727 v. Moyer et al Statement of Facts

 Gmail

Rincon Library - ADC <tuc.rincon.library@azadc.gov>

*Supreme Court Exhibit 572 MM2A*

## Activity in Case 4:23-cv-00572-JGZ-PSOT Caraffa #350727 v. Moyer et al Statement of Facts

1 message

**azddb_responses@azd.uscourts.gov** <azddb_responses@azd.uscourts.gov>
To: azddb_nefs@azd.uscourts.gov

Fri, Jan 12, 2024 at 10:11 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### DISTRICT OF ARIZONA

#### Notice of Electronic Filing

The following transaction was entered on 1/12/2024 at 10:11 AM MST and filed on 1/11/2024
**Case Name:**      Caraffa #350727 v. Moyer et al
**Case Number:**    4:23-cv-00572-JGZ-PSOT
**Filer:**          Alfred Erika Caraffa
**WARNING: CASE CLOSED on 01/10/2024**
**Document Number:** 9

**Docket Text:**
**STATEMENT OF FACTS to an absolute Jurisdiction and Control under the Congress (of the United States) by Plaintiff Alfred Erika Caraffa. (6 pages) (BAC)**

**4:23-cv-00572-JGZ-PSOT Notice has been electronically mailed to:**

Alfred Erika Caraffa    tuc.rincon.library@azadc.gov

**4:23-cv-00572-JGZ-PSOT Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=1/12/2024] [FileNumber=25453033-0] [0774d250cc588c4f9f8d7c894436e9f2f8d770d569477a3c00cbfb362af3f04f93 d24f99705e59bf0990c8a5631dfc2fa4a43952a893f7969d86770556ce8a0d]]

*5I of 43I*

Supreme Court Exhibit 572MM2B

# In the United States District Court
## In and for the District of Arizona
### Division of Tucson

| | |
|---|---|
| Alfred "Erika" Caraffa 350727. | Case Number 4:23-CV-00572-TUC-JGZ (PSOT) |
| Plaintiff | |
| VS. | Motion Title Statement of the Fact(s) to an "absolute Jurisdiction and Control under the Congress (of the United States) |
| Correctional officer M. Moyer et.al., | |
| Defendant(s) | |

I, Alfred "Erika" Caraffa 350727 Being Pro Se Cocounsel for Myself and Since No One of the Subclass want(s) to file for their Individual Compensation in this or Any other class Action.
   On Behalf of Myself, I Enter this Motion of: STATEMENT of the Fact(s)

<u>1</u> of <u>6</u>        G I of 43 I

To an "Absolute Jurisdiction and Control under the Congress (of the United States)

Fact one: the fourteenth Amendment of the United States Constitution says "NO State shall Make or Enforce any Law which Deprives Life, Liberty, or property without the Due process of Law"

The Arizona Constitutional Law of A.R.S. Const. Article 20. (4th) ordience under Public lands, Indian Lands(1) is clear in its Language. The People inhabiting this state do agree and declare that they forever disclaim all right and title to the Unappropriated and ungranted public lands lying within the boundaries thereof And to all Lands lying within said boundaries owned or held by ANY Indian or Indian Tribe, The Right or Title to which shall have been aequired through or from the United States of any prior Sovereignty....." The Territority of Arizona

2 of 6          7I of 43I



was purchased from A prior sovereignty of the County of Mexico. Which all the Land was owned by Right or Title to the Indians or Indian Tribes Inhabiting the said boundaries.

"..... and that, until the title of such Indian or Indian Tribes shall have been extinguished." The Indian Tribes Are still under the Title of Navajo and Hopi Tribes

"...The Same shall be and Remain, subject to the disposition and under the Absolute Jurisdiction and Control of the Congress (of the United States.)

Since the Agreement of the sale of the land was signed by the President of the United States and A.R.S. Const Art 20 ordinance was Also signed As part of the Arizona Constitution Approved by the President of the United States.

The Legal term "ABSOLUTE" is Defined as (2 conclusive, and Not liable for revision

A.R.S. Const. Art. 20 sub paragh thirteenth Ordinance as part of Constitution; Amendment: this ordinance is hereby Made

3 of 6    8I of 43I

a part of the Constitution of the State of Arizona, and NO future Constitutional Amendment shall be made which in any Manner changes or abrogates this ordiance in whole or in part without the Consent of Congress.

The Authority to Law Enforcemis is under 25 USCS Section 2803 and the Jurisdiction is under 25 USCS section 2806.

under ARS Const. Art 20 subsection twelfth- Lands granted to the State The State of Arizona has NO federal Jurisdiction in An Exclusive/Absolute Jurisdiction of Congress of the United States. Therefor they have NO Jurisdiction to Control prisoner(s).

Since Alfred E. Caraffa was Arrested by the Phoenix Police Department who have NO Federal Jurisdiction. Alfred Erik Caraffa was unconstitutionally Arrested by the Phoenix Police Department on Dec. 6th 2019.

All of the State of Arizona Court

4 of 6        9I of 43I



prosecuting in the Superior Court of Maricopa County have NO Federal Jurisdiction. Therefor every hearing, the Appointment of Assistance of Counsel the Bail hearing were All unconstitutional with NO Federal Jurisdiction to prosecute.
    Therefor Alfred "Erika" Caroffe # 350727 is unconstitutionally in the Custody of the State of Arizona. and in unconstitutional Custody of the County of Maricopa from 12/6/19 to 10/5/21. which the Arizona Dept. of Correction(s) Accepted Custody willingly from the County of Maricopa.
    for this Unlawful Arrest and Unconstitutional Custody with violates my 14th Amendment Right of the United States Constitution. I'm being Deprived Liberty and (my) property with the (constitutional) Due process of Law.
    which is A federal Jurisdiction and federal Control.
    Therefor I seek the Sum of $250,000.00 Dollars per day plus Interest on this Judgment from the first District

5 of 6    10I of 43I

Courts order the "notice of Assignment."
Plus All fees and Cost(s).
     under ARS Const. Art 28(6) In Liu
of or addition to Any compensation given
by the Attorney General of this State"
    I'm Entitle to the Compensation
and have A right to State A claim for
the Violation(s) of United States Constitutional
Right(s).
    An Default Judgment is Being
filed with this Statement of the fact(s). —

Jan. 10th 2024

G of 6
footnotes

1) see ARS Const. Article 28-6 (a)(b)(c)(d)
Notification to the Attorney General of the
State of Arizona.

11 I of 43 I

Supreme Court Exhibit of Evidence
572MM13A

# United States District Court In and For the District of Arizona
## Division of Tucson

Alfred "Erika" Caraffa
Federal Prisoner 350727

Case Number 4:23-CV-00572-TUC-JGZ (PSOT)

Plaintiff

VS.

Arizona, State of.,
et.al.,

Defendant(S)

Motion Title
Exhibit(s) of Evidence
of ongoing unlawful,
unauthorized and
unsigned Federal Court
order(s)/writ(s) process of
the Court

Being Federal Prisoner 350727, I Alfred
"Erika" Caraffa Hereby Enter this Motion
Cited Above Along with four pages of Exhibits
of Evidence to support the claim and
Cause of Action filed in Civil Complaint
4:23-CV-00572-TUC-JGZ-(PSOT)

I of 7 total   12 I of 43 I

Exhibits of Evidence in Docket Number(s)
23-4441, 23-4442, 23-4453, and 23-4454
All have NO I.D. Number in the case citation
Across the top of EAch Exhibit of Evidence
Are All Document Entry 2-1. pgs. 1 of 1
    The Exhibits of Evidence have the correct
Seal of the U.S. Court of Appeals for the
Ninth Circuit. But the Exhibits of Evidence
have NO Signatures to Authorization of
the Court of Appeals writ/order for EAch
Appeal Case.
    Since the writ(s)/order(s) of the 9th
Circuit Court of Appeals have NO valid
Signature to Authorization of the order
The Court of Appeals 9th Circuit Court
order(s) for the Pre-filing case Are
Unconstitutional in violation of the
Fifth Amendment of the United States
Constitution and Are UNvalidated and
Not an lawful order of the Federal Court.
    with NO I.D. Numbers the Court order(s)
Are Not Even A part of EAch Case Lawfully.
Are fraudulant federal Court Document(s)
    two of the Federal Court Document(s)
Are dated December 28th 2023 and two

2 of 7        13I of 43I

of the Document(S) Are Dated December 29th 2023. The federal Court system Country wide is Suppose to be closed from December 23rd 2023 until After the Christmas and New year's holidays. Do not open until at least Jan. 2nd 2024.

So these fraudulent federal document(S) Are done "off-the Books" when the Federal Court system is Suppose to Be closed.

Additionally, there is NO Square Box Around the filed stamp. which is Another (5th) Fifth Amendment violation to the U.S. Constitution.

Enclosed with this Federal Court Document is the unsigned and unauthorized Supreme Court of the United States Exhibit(S) of Evidence for case(S) 23-4441; 23-4442 and 23-4454; 23-4453.

which Are electronically filed.

Friday Jan. 5th 2024
Federal Prisoner 350727
Alfred Erik Carotta

3 of 7

14 I of 43 I



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

Molly C. Dwyer
Clerk of Court

DEC 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

*U.S. Supreme Court*
*Exhibit of Evidence*

**DOCKETING NOTICE**

Docket Number:              23-4441
Originating Case Number:    4:23-cv-00543-JGZ-PSOT
Case Title:                 Caraffa v. Moyer, et al.

Dear Petitioner(s)/Appellant(s),

This is to acknowledge receipt of your case, which has been opened and assigned the above-listed U.S. Court of Appeals for the Ninth Circuit case number.

This case is subject to a pre-filing review order entered in case number 22-80114, and will be reviewed by the Court to determine whether it will be permitted to proceed.

*4 of 7*

*15 I of 43 I*





Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

FILED

Molly C. Dwyer
Clerk of Court

U.S. Supreme Court
Exhibit of Evidence

DEC 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**DOCKETING NOTICE**

Docket Number:            23-4442
Originating Case Number:  4:23-cv-00251-JGZ-PSOT
Case Title:               Caraffa v. State of Arizona, et al.

Dear Petitioner(s)/Appellant(s),

This is to acknowledge receipt of your case, which has been opened and assigned the above-listed U.S. Court of Appeals for the Ninth Circuit case number.

This case is subject to a pre-filing review order entered in case number 22-80114, and will be reviewed by the Court to determine whether it will be permitted to proceed.



5 of 7

16I of 43I



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

*Exhibit of Evidence*
*U.S. Supreme Court*

Molly C. Dwyer
Clerk of Court

**FILED**

DEC 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number:            23-4453
Originating Case Number:  4:23-cv-00545-JGZ-PSOT
Case Title:               Caraffa v. Thornell, et al.

Dear Petitioner(s)/Appellant(s),

This is to acknowledge receipt of your case, which has been opened and assigned the above-listed U.S. Court of Appeals for the Ninth Circuit case number.

This case is subject to a pre-filing review order entered in case number 22-80114, and will be reviewed by the Court to determine whether it will be permitted to proceed.



6 of 7

17I of
43I



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

*U.S. Supreme Court*
*Exhibit of Evidence*

# FILED

DEC 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

### DOCKETING NOTICE

---

Docket Number:           23-4454
Originating Case Number: 4:23-cv-00538-JGZ-PSOT
Case Title:              Caraffa v. United States of America, et al.

---

Dear Petitioner(s)/Appellant(s),

This is to acknowledge receipt of your case, which has been opened and assigned the above-listed U.S. Court of Appeals for the Ninth Circuit case number.

This case is subject to a pre-filing review order entered in case number 22-80114, and will be reviewed by the Court to determine whether it will be permitted to proceed.

*7 of 7*



*18I of 43I*

*Exhibit of Evidence see pg 5 #8*

*9th circuit court*
*Insurance copy*

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, D. C. 20543–0001

*pg 1 of 11*
*of*
*11 of 11*

January 2023

*Case Number 4:23-CV-00572-TUC-JGZ (PSOT)*

SCOTT S. HARRIS
CLERK OF THE COURT

AREA CODE 202
479–3011

## MEMORANDUM TO THOSE INTENDING TO PREPARE A PETITION FOR A WRIT OF CERTIORARI IN BOOKLET FORMAT AND PAY THE $300 DOCKET FEE.

This memorandum is directed to those who intend to prepare a petition for a writ of certiorari in booklet format pursuant to Rule 33.1 and pay the $300 docket fee required by Rule 38(a). It highlights the most common mistakes observed by the Clerk's Office. By following these guidelines you may help to expedite the processing of your petition. If you have questions, they should be directed to a case analyst in the Clerk's Office. This memorandum is useful also for those preparing appeals under Rule 18. The Rules of the Supreme Court, including amendments to those Rules that went into effect on January 1, 2023, are available at the Filing and Rules section of the Court's website.

### 1. Filing and Electronic Submission

Attorneys must submit petitions and other documents through the Court's electronic filing system. Paper remains the official means of filing, however, and the electronic filing requirements are in addition to the existing requirements for paper filings. Attorneys must register through the electronic filing system prior to submitting their documents; it may take 1–2 days for an application to be approved, so attorneys should apply well in advance of a filing deadline. Documents should be submitted through the electronic filing system contemporaneously with the submission of the paper version. Certain types of filings—including those containing sealed material and those in cases that were governed below by Fed. R. Civ. P. 5.2(c)—should not be submitted electronically. Submitting a document to the electronic filing system does not constitute transmission of an electronic version of the document to other parties under Rule 29.3. Personal identifying information contained in filings must be redacted pursuant to Rule 34.6. More detailed information can be found in the Court's Rules, in the Guidelines for the Submission of

*19 I of 43 I*

to proceed *in forma pauperis*, proofs of service, and the portion of an appendix that includes relevant lower court opinions and rulings.  While the Court does not scan other portions of an appendix from a *pro se* litigant, the entire appendix is fully a part of the Court's record and is available to the Justices.

**8.  Reproducing Documents in Appendix**

Material contained in the appendix as required by Rule 14.1(i) must also comply in all respects with the type size and page size requirements contained in Rule 33.1. Lower court orders and opinions issued on paper larger than 6⅛ by 9¼ inches *may not be photoreduced*.  Rule 33.1(b).  These items must be reformatted to comply with Rule 33.1 and they must contain the caption showing the name of the issuing court or agency, the title and number of the case, and the date of entry.  Rule 14.1(i).  If a signature is contained on the original, reproduce the name by using "s/".  The seal of the lower court and the file stamp may be reproduced by typesetting the information verbatim.  Photo reproductions from Federal Supplement, Federal 2nd and 3rd Reporters, and regional reporters are not acceptable under Rule 33.1.  Such materials must be reformatted to comply with the type size requirements of Rule 33.1.  Items in the appendix are to be arranged as required by Rule 14.1(i)(i) through (vi).

**9.  Binding**

The petition and appendix must be bound firmly in at least two places along the left margin so as to make an easily opened volume.  No part of the text may be obscured by the binding.  Saddle stitching or perfect binding is preferred.  Staples may be used, with at least two along the left margin, covered with tape.  Under no circumstances may spiral, plastic, metal, or string bindings be used.  Rule 33.1(c).

**10.  Docket Fee**

The $300 docket fee and the certificate of service must accompany the petition. These items should not be sent under separate cover.  The $300 docket fee may be paid by personal check, cashier's check, money order, or certified check made out to "Clerk, U. S. Supreme Court."  Rule 38(a).  **Do not send cash.**

**11.  Certificate of Service**

The certificate of service of the petition should be on a separate piece of paper apart from the petition.  Rule 29.5.  The certificate of service should identify who was served with three copies of the petition and list the names, addresses, and

Case 4:24-cv-00043-JGZ-PSOT    Document 1    Filed 01/23/24    Page 50 of 79

 Gmail

Rincon Library - ADC <tuc.rincon.library@azadc.gov>

*Supreme Court Exhibit 572 MM 4 (A)(B)(C)(D)*

## Caraffa, A. 350727 Affidevit to Transfer 23-CV-00572 2 pg

2 messages

**Rincon Library - ADC** <tuc.rincon.library@azadc.gov>
To: prisoneraz@ca9.uscourts.gov

*Filed Appeal 1/17/24*

Thu, Jan 11, 2024 at 1:30 PM

Please see attached.

📎 **Caraffa, A. 350727 23-CV-00572 Affidevit to Transfer 2pg.pdf**
121K

---

**Efiling CA09Prisoner** <prisonerefile@ca9.uscourts.gov>
To: "cnerio@azadc.gov" <cnerio@azadc.gov>, "tuc.rincon.library@azadc.gov" <tuc.rincon.library@azadc.gov>
Cc: Efiling CA09Prisoner <prisonerefile@ca9.uscourts.gov>

Fri, Jan 12, 2024 at 10:31 AM

Good Morning,

Please advise the inmate this document will not be filed per the following reason.

Please inform the inmate that the court does not accept judicial misconduct complaints via this channel. Verbiage below directs litigants on how to send these complaints to the court. Please advise the inmate.

Thank you very much,

Ninth Circuit Court of Appeals

Inquiries about the judicial misconduct process will be received **BY MAIL ONLY.** You may send your inquiry via letter to this address: Attn: Judicial Misconduct, P.O. Box 193939, San Francisco, California 94119. The intake office will respond to your inquiry by mail within 14 days of receipt of your letter. **PLEASE NOTE that most inquiries can be answered by referring to the Rules for Judicial-Conduct and Judicial-Disability Proceedings and other information found on** this web page**.**

If you would like to confirm that we have received your complaint of judicial misconduct, please allow 14 to 21 days after mailing your complaint for processing and docketing, and you will receive a letter assigning the complaint a docket number. If you do not receive a confirmation letter within 21 days, that means we did not receive your documents and you should re-send the complaint.

*21 I of 43 I*

**From:** AZFiling CA09Prisoner <prisonerAZ@ca9.uscourts.gov>
**Sent:** Thursday, January 11, 2024 12:31 PM

**To:** Efiling CA09Prisoner <prisonerefile@ca9.uscourts.gov>
**Subject:** FW: Caraffa, A. 350727 Affidevit to Transfer 23-CV-00572 2 pg

_Supreme Court Exhibit 572MM4(B)_

**From:** cnerio@azadc.gov <cnerio@azadc.gov>On Behalf OfRincon Library - ADC <tuc.rincon.library@azadc.gov>
**Sent:** Thursday, January 11, 2024 8:30:16 PM (UTC+00:00) Monrovia, Reykjavik
**To:** AZFiling CA09Prisoner <prisonerAZ@ca9.uscourts.gov>
**Subject:** Caraffa, A. 350727 Affidevit to Transfer 23-CV-00572 2 pg

**CAUTION - EXTERNAL:**

_Sent Email 1/11/24 @ 8:30 PM_
_By Monrovia Reykjavik_

Please see attached.

This email contains information that is intended only for the person(s) to whom it is addressed. If you received this communication in error, please do not retain it or distribute it and notify the sender immediately.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

📎 **Caraffa, A. 350727 23-CV-00572 Affidevit to Transfer 2pg.pdf**
    121K

_22I of 43I_

Supreme Court Exhibit 52 (M14(c)

U.S. Court of Appeals In and
For the Ninth Circuit Court
District of Arizona

In RE: Micheal T.
Libardi (U.S. District
Court of Arizona
Judge)

Defendant

Case Number = Unknown
as of 1/4/2024 by Alfred
E. Caraffe Federal Prisoner
350727

Affidavit to
Transfer to the
Constitutional
Jurisdiction under
Article one U.S.
Constitution - Trials
of Impeachment.

I, Alfred E. Caraffe ADC#350727
Having Filed the Above cited Juridical
Misconduct Complaint with the case
Number cited and seeking the Impeachment
of Honorable U.S. District Court of
Arizona Judge M.T. Libardi under Article
one of the U.S. Constitution - The House

1 of 2        23I of 43I

Respersentatives shall have the sole
power of Impeachment.
          Therefor by U.S. Constitutional
Law the Correct Jurisdiction is
with the U.S. Congress for the
sole purpose of trial for Impeachment

12/26/2023

24 I of 43 I

Case No. 4:23-cv-00572-Tuc-JGZ-(PSOT) 1 of 2 pgs

# U.S. Court of Appeals In and For the Ninth Circuit Court District of Arizona

| | Supreme Court Exhibit (D) |
|---|---|
| In RE: Micheal T. Liberdi (U.S. District Court of Arizona Judge) | Case Number: |
| Defendant | |
| | Affidavit to Transfer to the Constitutional Jurisdiction under Article one U.S. Constitution - Trials of Impeachment. |

I, Alfred E. Caraffe ADC#350727 Having filed the Above cited Juridical Misconduct Complaint with the case Number cited and seeking the Impeachment of Honorable U.S. District Court of Arizona Judge M. T. Liberdi under Article one of the U.S. Constitution - The House

I of 2        25 I of 43 I

Respersentatives shall have the sole
power of Impeachment.
         Therefor by U.S. Constitutional
Law the Correct Jurisdiction is
with the U.S. Congress for the
sole purpose of trial for Impeachment

12/26/2023

26 I of 43 I



Rincon Library - ADC <tuc.rincon.library@azadc.gov>

SUPREME Court Exhibit 572 MM 5(A)(B)

## Activity in Case 4:23-cv-00572-JGZ-PSOT Caraffa #350727 v. Moyer et al Motion for Miscellaneous Relief
1 message

**azddb_responses@azd.uscourts.gov** <azddb_responses@azd.uscourts.gov>
To: azddb_nefs@azd.uscourts.gov

Fri, Jan 12, 2024 at 9:59 AM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### DISTRICT OF ARIZONA

#### Notice of Electronic Filing

The following transaction was entered on 1/12/2024 at 9:59 AM MST and filed on 1/11/2024
**Case Name:** Caraffa #350727 v. Moyer et al
**Case Number:** 4:23-cv-00572-JGZ-PSOT
**Filer:** Alfred Erika Caraffa
**WARNING: CASE CLOSED on 01/10/2024**
**Document Number:** 7

**Docket Text:**
**MOTION titled as:** *To Add Party(s) to Civil Class Action Complaint and Compensation Sought* **by Alfred Erika Caraffa. (15 pages) (BAC)**

**4:23-cv-00572-JGZ-PSOT Notice has been electronically mailed to:**

Alfred Erika Caraffa    tuc.rincon.library@azadc.gov

**4:23-cv-00572-JGZ-PSOT Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

27I of
43I

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=1/12/2024] [FileNumber=25452971-0] [13cf96e2a858230f6f141dae15ff83ba0ad5dfb31b928f0c666a72b20883d2cb1c 1127cf2cd969c056b195494ebda9c3f9c39d61d8144893ca611ab462f642e9]]

Supreme Court Exhibit 572MM5(8)

United States District Court In and for
The District of Arizona
Division of Tucson

| | |
|---|---|
| Alfred "Erika" Caraffa 350727 | Case Number 4:23-CV-00572-TUC-JGZ (PSOT) |
| Plaintiff | |
| VS. | Motion Title |
| | To add party(s) to Civil class Action Complaint. and Compensation sought |
| Correctional officer T/ M. Moyer et.t. | |
| Defendant(s) | |

I, Alfred "Erika" Caraffa 350727 Being
Pro Se Counsel on Behalf of myself.
Heredo enter this Motion "to Add party to
Civil class Action Complaint." cited Above.
The New Defendant in the Civil
Class Action Complaint is Named As
Correctional officer T. Quinn in official
and unofficial, unconstitutional Capacity
and Individual Capacity. The New Defendant
"Correctional officer T. Quinn is Employeed
28I of 43I   1 of 15 total

at the Unconstitutionally State Entity
of the Arizona Dept of Corrections.
as Correctional officer T. Quinn.
under the color of An Unconstitutional
State Law with NO Federal Jurisdiction
to the Control of prisoners in the
Absolute (and Exclusive) Jurisdiction
and Control of the Congress (of the United
States)

Correctional officers T. Quinn
has repeatly used his postition of
Authority which is outside and Lacks
all federal Jurisdiction to Retaliate
against Alfred "Erika" Caraffa 350727
housed on Housing unit Five A in prison
cell Five at Rincon ASPC-Tucson

For filing to the U.S. District
Court of Arizona civil class Action(s)
and class Action habeas Corpus Case(s)
In Attempts to fight Corruption of
the U.S. Constitution by Federal and
State of Arizona Employees of the
United States of America.

Correctional officer T. Quinn
has A problem in Blaming Alfred Erika
Caraffa 350727 for his Unlawful and
2 of 15 total 29I of 43I

Unconstitutional Employment at the
Arizona Dept. of Corrections.
         Correctional officer T. Quinn
has Used his position of Authority
to harass and order Alfred E. Careffe
to do things He Allows other prisoner(s)
to do. has Denied privileges Afforded
to the housing Unit of HU 5 on Rincon
Unit at ASPC-Tucson.
         examples like taking A Shower,
Using the Mircowave to treat Coffee or
Coffee water, Pick up cigarettes Butts
within the fencing of Rincon Compound.
In efforts to Deprive Me of Smoking
Cigarettes since I, Alfred Erika Careffe
350727 have Not Been paid on this
Unlawful and Unconstitutional Arrest
outside the Federal Jurisdiction of
the United States of America.
         In official Capacity which
Lacks all Federal Jurisdiction 4 OT. Quinn
claim(s) An Immunity in his state of
Arizona Contract with Employment of
Defendant(S) ADCRR.
         That State Entity of ADCRR
is Unconstitutional, Just As his Contract
              3 of 15 total 3OI of 43I



with the Department of Corrections
In unlawful and unconstitutional
        Defendant(s) Employees of ADCRR
Are Collecting An unlawful and
clearly unconstitutional paycheck(s)
every two weeks. While the State and
Federal government(s) hear and
Decide Constitutionally on clearly
Extablished State and federal
Jurisdictional Constitutional Laws
of the united States.
        The State of Arizona is
paying tens of Millions of Dollars every
day to employee unconstitutional Correctional
officers in the ADCRR.
        Which the Jurisdiction is Exclusive
and Absolute to the Federal government.
        The second and third parties
to be Add is the Governor of the
State of Arizona Katie Hobbs in official
Capacity and the Attorney General of the
State of Arizona in official Capacity.
        An Impeachment Complaint has
Been filed to the Arizona Supreme Court
for the Impeachment trial of Governor
Katie Hobbs for siding with state of.
            4 of 5 total 32I of 43I



Arizona Corruption in Allowing Superior Court Judge to Rule in Criminal Action(s) which have An Exclusive Federal Jurisdiction And creating habeas Corpus case(s) of Unlawful Convictions that have A total Lack of Federal Jurisdiction.

    Impeachment(s) of said Superior Court Criminal Judge's of the several Counties has Also Been filed to the Arizona Supreme Court for Unlawful practice of Law in the State of Arizona. The Superior Court Criminal Judge's of every County of The State of Arizona Also have NO Federal Jurisdiction, to hear or Rule on Criminal Charge(s) that ARE Punishable by federal Laws of the United States of America.

    Therefore Are Creating unlawful Conviction(s) of People in the State of Arizona who Are Arrested unlawfully by local Police Enforcement Agencies that Lack All Federal Jurisdiction.

    Gov. katie Hobbs has Allow this to Continue for A year in office without Stopping the UNCONSTITUTIONAL Jurisdiction

5 of 15 total 32I of 43I

which Can/could have Been Done by
An Executive order by the Governor
of the State of Arizona.

Exhibit of Evidence provided
Shows Assistant Attorney General
of the State of Arizona Isathlyn Ann
Damstra has had Notice of the Unlawful
Jurisdiction

Cited in 9th Circuit Court of Appeals
Case Number 23-3369. Exhibits et proof
of Notice on 12/27/2023 and 12/26/2023.
by the clerk of the 9th Circuit court of
Appeals who is "A person"

under the Arizona Constitutional
Law ARS Constitution Art. 28.(6) (a) (5) (c)
and (d).

The Attorney General's office has
Failure to Apply/with An settlement offer
in this Action and IN 23-3369 in the
9th Circuit Court of Appeals.

All of Alfred "Enika" Caraffe's
2023 Appeal Cases with four of Five
Digit Number(s) Are not listed as Related
or prior civil Action(s) to the Pre-Filing
Review Case 22-80114, see Docket Sheet
of 9th Circuit Court case Number 22-80114

6 of 15 total   33I of 43I



provided as Exhibit of Evidence from the plaintiff pg 8 of 10 of ___ total. last dated Entry was on 12/28/2023. Exhibits Are two sided. But the Court can get the 5 page Exhibit through the Federal U.S. Court of Appeals if All of the Exhibit is Not provided thre electronically filing. on 1/17/2024 filed to the prison Librarian at RINCON ASPC-Tucson.

As for individual Relief Against Newly added defendant(s), Correctional officer T. Quinn I seek the sum of 2,500.ºº Dollars in Individual Capacity for violation(s) of the 8th Amendment of the U.S. Constitution. Plus Interest on this Judgment.

seeking Impeachment of the Governor and Superior Court Criminal Judge's of the Counties of this state by Affidavit(s) to the Arizona Supreme Court.

34 I of
43 I

7 of 15 total

12/27/23, 10:31 AM State of Arizona Mail - Caraffa v. Attorney General of the State of Arizona, et al. 23-3369 - 012 - Motion for Miscellaneous Relief

Case 4:24-cv-00043-JGZ-PSOT Document 1 Filed 01/23/24 Page 64 of 79

 Gmail

Rincon Library - ADC <tuc.rincon.library@azadc.gov>

## Caraffa v. Attorney General of the State of Arizona, et al. 23-3369 - 012 - Motion for Miscellaneous Relief

1 message

**ACMS@ca9.fedcourts.us** <ACMS@ca9.fedcourts.us>
To: tuc.rincon.library@azadc.gov

Wed, Dec 27, 2023 at 10:25 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 12/27/2023 9:22:28 AM PST and filed on 12/27/2023

**Case Name:** Caraffa v. Attorney General of the State of Arizona, et al.

**Case Number:** 23-3369

**Docket Text:**

**MOTION** for Miscellaneous Relief filed by Appellant Alfred Erik Caraffa. [Entered: 12/27/2023 09:23 AM]

**Document:** Motion

**Notice will be electronically mailed to:**

Alfred Erik Caraffa ; az.tucson.complex@azadc.gov, tuc.rincon.library@azadc.gov
Kathryn Ann Damstra : Assistant Attorney General; CADocket@azag.gov, kathryn.damstra@azag.gov

**Case participants listed below will not receive this electronic notice:**

Pg. 8 of 15 total

35 I of 43 I

 Gmail

Rincon Library - ADC <tuc.rincon.library@azadc.gov>

## Caraffa v. Attorney General of the State of Arizona, et al. 23-3369 - 013 - Miscellaneous Pro Se Filings Filed

1 message

**ACMS@ca9.fedcourts.us** <ACMS@ca9.fedcourts.us>
To: tuc.rincon.library@azadc.gov

Wed, Dec 27, 2023 at 10:56 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Ninth Circuit

#### Notice of Docket Activity

The following transaction was entered on 12/27/2023 9:54:38 AM PST and filed on 12/27/2023

**Case Name:** Caraffa v. Attorney General of the State of Arizona, et al.

**Case Number:** 23-3369

**Docket Text:**

Miscellaneous Pro Se Filings Filed [Entered: 12/27/2023 09:55 AM]

**Document:** Misc Filings

#### Notice will be electronically mailed to:

Alfred Erik Caraffa ; az.tucson.complex@azadc.gov, tuc.rincon.library@azadc.gov

Kathryn Ann Damstra : Assistant Attorney General; CADocket@azag.gov, kathryn.damstra@azag.gov

#### Case participants listed below will not receive this electronic notice:

Pg 9 of 15 total

36 I of 43 I



Rincon Library - ADC <tuc.rincon.library@azadc.gov>

## 23-15873 Alfred Caraffa v. Attorney General for the State of Arizona, et al "Motion Filed"

1 message

**ca9_ecfnoticing@ca9.uscourts.gov** <ca9_ecfnoticing@ca9.uscourts.gov>
To: tuc.rincon.library@azadc.gov

Wed, Dec 27, 2023 at 12:11 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

Notice of Docket Activity

The following transaction was entered on 12/27/2023 at 11:11:13 AM Pacific Standard Time and filed on 12/26/2023

| | |
|---|---|
| **Case Name:** | Alfred Caraffa v. Attorney General for the State of Arizona, et al |
| **Case Number:** | 23-15873 |
| **Document(s):** | Document(s) |

**Docket Text:**
Filed Appellant Alfred E. Caraffa motion for constitutional error. Deficiencies: case closed, no further filings per 12/19/2023 order. [12841907] (QDL)

Notice will be electronically mailed to:

Kathryn Ann Damstra, Assistant Attorney General: kathryn.damstra@azag.gov, CADocket@azag.gov
AZ Tucson Librarian: az.tucson.complex@azadc.gov, tuc.whetstone.library@azadc.gov, tuc.catalina.library@azadc.gov, tuc.cimarron.library@azadc.gov, tuc.manzanita.library@azadc.gov, tuc.rita.library@azadc.gov, tuc.rincon.library@azadc.gov

Case participants listed below will not receive this electronic notice:

Alfred E. Caraffa
350727
#350727
ASPC - ARIZONA STATE PRISON COMPLEX - TUCSON
P.O. Box 24400
Tucson, AZ 85734-4400

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 23-15873.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=12/26/2023] [FileNumber=12841907-0] [9b6355b1c24df6763b10670be6f134 1a2d5fb9f1c3d73dc7615a579ec3e435e76b97463f84db2ef8c7c9bfb159daec7641a6805a5d5832c35ff33e7e55bf406b]]

pg. 10 of 15    37I of 43I

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 22-80114 | **Docketed:** 10/11/2022 |
| In re: Alfred Caraffa | **Termed:** 12/09/2022 |
| **Appeal From:** U.S. District Court for Arizona, Phoenix | |
| **Fee Status:** Not Applicable | |

**Case Type Information:**
  **1)** original proceeding
  **2)** pre-filing
  **3)** null

**Originating Court Information:**
  **District:** 0970-2 :

**Prior Cases:**

| | | | |
|---|---|---|---|
| 20-17320 Clerk Order | **Date Filed:** 11/27/2020 | **Date Disposed:** 03/22/2021 | **Disposition:** Rule 42-1 Dismissal - |
| 20-17395 Clerk Order | **Date Filed:** 12/09/2020 | **Date Disposed:** 03/22/2021 | **Disposition:** Rule 42-1 Dismissal - |
| 20-71782 | **Date Filed:** 06/22/2020 | **Date Disposed:** 07/21/2020 | **Disposition:** Denied - Judge Order |
| 21-15482 Judge Order | **Date Filed:** 03/17/2021 | **Date Disposed:** 04/15/2021 | **Disposition:** Jurisdictional Defects - |
| 21-15892 Clerk Order | **Date Filed:** 05/20/2021 | **Date Disposed:** 10/20/2021 | **Disposition:** Rule 42-1 Dismissal - |
| 21-15991 Clerk Order | **Date Filed:** 06/10/2021 | **Date Disposed:** 10/20/2021 | **Disposition:** Rule 42-1 Dismissal - |
| 21-15992 Clerk Order | **Date Filed:** 06/10/2021 | **Date Disposed:** 10/20/2021 | **Disposition:** Rule 42-1 Dismissal - |

*38I of 43I*

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| - | | | | |
| | 22-16130 | 22-16401 | 09/15/2022 | 12/09/2022 |
| | 22-16137 | 22-16401 | 09/15/2022 | 12/09/2022 |
| | 22-16265 | 22-16401 | 09/15/2022 | 12/09/2022 |
| | 22-16267 | 22-16401 | 09/15/2022 | 12/09/2022 |
| | 22-16383 | 22-16401 | 09/15/2022 | 09/22/2022 |
| | 22-16385 | 22-16401 | 09/15/2022 | 12/09/2022 |
| | 22-16388 | 22-16401 | 09/15/2022 | 12/09/2022 |
| | 22-16390 | 22-16401 | 09/15/2022 | 12/09/2022 |
| | 22-16395 | 22-16401 | 09/15/2022 | 12/09/2022 |
| | 22-16398 | 22-16401 | 09/15/2022 | 12/09/2022 |
| Related | | | | |
| | 22-16130 | 22-16137 | 09/14/2022 | 10/18/2022 |

*Pg. 11 of 5 of 15 total*

| | | | |
|---|---|---|---|
| 22-16130 | 22-16265 | 08/19/2022 | 10/18/2022 |
| 22-16130 | 22-16267 | 08/19/2022 | 10/18/2022 |
| 22-16130 | 22-16383 | 09/14/2022 | 09/22/2022 |
| 22-16130 | 22-16385 | 09/14/2022 | 10/18/2022 |
| 22-16130 | 22-16388 | 09/14/2022 | 10/18/2022 |
| 22-16130 | 22-16390 | 09/14/2022 | 12/12/2022 |
| 22-16130 | 22-16395 | 09/15/2022 | 12/12/2022 |
| 22-16130 | 22-16398 | 09/15/2022 | 12/12/2022 |
| 22-16130 | 22-16402 | 09/15/2022 | 12/09/2022 |
| 22-16130 | 22-16421 | 09/19/2022 | 12/09/2022 |
| 22-16130 | 22-16423 | 09/19/2022 | 02/27/2023 |
| 22-16130 | 22-16425 | 09/19/2022 | 02/27/2023 |
| 22-16130 | 22-80114 | 10/11/2022 | 12/09/2022 |
| 22-16137 | 22-16385 | 09/14/2022 | 10/18/2022 |
| 22-16137 | 22-16388 | 09/14/2022 | 10/18/2022 |
| 22-16137 | 22-16390 | 09/14/2022 | 10/18/2022 |
| 22-16137 | 22-16395 | 09/15/2022 | 10/18/2022 |
| 22-16137 | 22-16398 | 09/15/2022 | 10/18/2022 |
| 22-16137 | 22-16402 | 09/15/2022 | 12/09/2022 |
| 22-16265 | 22-16385 | 09/14/2022 | 12/12/2022 |
| 22-16265 | 22-16388 | 09/14/2022 | 12/12/2022 |
| 22-16265 | 22-16390 | 09/14/2022 | 12/12/2022 |
| 22-16265 | 22-16395 | 09/15/2022 | 12/12/2022 |
| 22-16265 | 22-16398 | 09/15/2022 | 12/12/2022 |
| 22-16265 | 22-16402 | 09/15/2022 | 12/09/2022 |
| 22-16265 | 22-16407 | 09/16/2022 | 12/09/2022 |
| 22-16267 | 22-16385 | 09/14/2022 | 12/12/2022 |
| 22-16267 | 22-16388 | 09/14/2022 | 12/12/2022 |
| 22-16267 | 22-16390 | 09/14/2022 | 12/12/2022 |
| 22-16267 | 22-16395 | 09/15/2022 | 12/12/2022 |
| 22-16267 | 22-16398 | 09/15/2022 | 12/12/2022 |
| 22-16267 | 22-16402 | 09/15/2022 | 12/09/2022 |
| 22-16267 | 22-16407 | 09/16/2022 | 12/09/2022 |
| 22-16267 | 22-16409 | 09/16/2022 | 12/09/2022 |
| 22-16383 | 22-16385 | 09/14/2022 | 09/22/2022 |
| 22-16383 | 22-16388 | 09/14/2022 | 09/22/2022 |
| 22-16383 | 22-16390 | 09/14/2022 | 09/22/2022 |
| 22-16383 | 22-16395 | 09/15/2022 | 09/22/2022 |
| 22-16383 | 22-16398 | 09/15/2022 | 09/22/2022 |
| 22-16383 | 22-16402 | 09/15/2022 | 09/22/2022 |
| 22-16383 | 22-16407 | 09/16/2022 | 09/22/2022 |
| 22-16383 | 22-16409 | 09/16/2022 | 09/22/2022 |
| 22-16383 | 22-16410 | 09/16/2022 | 09/22/2022 |
| 22-16385 | 22-16388 | 09/14/2022 | 12/12/2022 |
| 22-16385 | 22-16390 | 09/14/2022 | 12/12/2022 |
| 22-16385 | 22-16395 | 09/15/2022 | 12/12/2022 |
| 22-16385 | 22-16398 | 09/15/2022 | 12/12/2022 |
| 22-16385 | 22-16402 | 09/15/2022 | 12/09/2022 |
| 22-16385 | 22-16407 | 09/16/2022 | 12/09/2022 |
| 22-16385 | 22-16409 | 09/16/2022 | 12/09/2022 |
| 22-16385 | 22-16410 | 09/16/2022 | 12/09/2022 |
| 22-16385 | 22-16419 | 09/19/2022 | 12/12/2022 |
| 22-16388 | 22-16390 | 09/14/2022 | 12/12/2022 |
| 22-16388 | 22-16395 | 09/15/2022 | 12/12/2022 |

39 I of
43 I

Pg 12
of 5
of 15
total

| | | | |
|---|---|---|---|
| 22-16388 | 22-16398 | 09/15/2022 | 12/12/2022 |
| 22-16388 | 22-16402 | 09/15/2022 | 12/09/2022 |
| 22-16388 | 22-16407 | 09/16/2022 | 12/09/2022 |
| 22-16388 | 22-16409 | 09/16/2022 | 12/09/2022 |
| 22-16388 | 22-16410 | 09/16/2022 | 12/09/2022 |
| 22-16388 | 22-16419 | 09/19/2022 | 12/12/2022 |
| 22-16390 | 22-16395 | 09/15/2022 | 12/12/2022 |
| 22-16390 | 22-16398 | 09/15/2022 | 12/12/2022 |
| 22-16390 | 22-16402 | 09/15/2022 | 12/09/2022 |
| 22-16390 | 22-16407 | 09/16/2022 | 12/09/2022 |
| 22-16390 | 22-16409 | 09/16/2022 | 12/09/2022 |
| 22-16390 | 22-16410 | 09/16/2022 | 12/09/2022 |
| 22-16390 | 22-16419 | 09/19/2022 | 12/12/2022 |
| 22-16395 | 22-16398 | 09/15/2022 | 12/12/2022 |
| 22-16395 | 22-16402 | 09/15/2022 | 12/09/2022 |
| 22-16395 | 22-16407 | 09/16/2022 | 12/09/2022 |
| 22-16395 | 22-16410 | 09/16/2022 | 12/09/2022 |
| 22-16395 | 22-16419 | 09/19/2022 | 02/27/2023 |
| 22-16398 | 22-16402 | 09/15/2022 | 12/09/2022 |
| 22-16398 | 22-16407 | 09/16/2022 | 12/09/2022 |
| 22-16398 | 22-16409 | 09/16/2022 | 12/09/2022 |
| 22-16398 | 22-16410 | 09/16/2022 | 12/09/2022 |
| 22-16398 | 22-16419 | 09/19/2022 | 12/12/2022 |
| 22-16398 | 22-16426 | 09/19/2022 | 12/09/2022 |
| 22-16401 | 22-16402 | 09/15/2022 | 12/09/2022 |
| 22-16401 | 22-16407 | 09/16/2022 | 12/09/2022 |
| 22-16401 | 22-16409 | 09/16/2022 | 12/09/2022 |
| 22-16401 | 22-16410 | 09/16/2022 | 12/09/2022 |
| 22-16401 | 22-16419 | 09/19/2022 | 12/09/2022 |
| 22-16401 | 22-16426 | 09/19/2022 | 12/09/2022 |
| 22-16401 | 22-16427 | 09/19/2022 | 12/09/2022 |
| 22-16402 | 22-16407 | 09/16/2022 | 12/09/2022 |
| 22-16402 | 22-16409 | 09/16/2022 | 12/09/2022 |
| 22-16402 | 22-16410 | 09/16/2022 | 12/09/2022 |
| 22-16402 | 22-16419 | 09/19/2022 | 12/09/2022 |
| 22-16402 | 22-16426 | 09/19/2022 | 12/09/2022 |
| 22-16402 | 22-16427 | 09/19/2022 | 12/09/2022 |
| 22-16402 | 22-16428 | 09/19/2022 | 10/21/2022 |
| 22-16407 | 22-16409 | 09/16/2022 | 12/09/2022 |
| 22-16407 | 22-16410 | 09/16/2022 | 12/09/2022 |
| 22-16407 | 22-16419 | 09/19/2022 | 12/09/2022 |
| 22-16407 | 22-16426 | 09/19/2022 | 12/09/2022 |
| 22-16407 | 22-16427 | 09/19/2022 | 12/09/2022 |
| 22-16407 | 22-16428 | 09/19/2022 | 10/21/2022 |
| 22-16407 | 22-16522 | 10/04/2022 | 12/09/2022 |
| 22-16409 | 22-16410 | 09/16/2022 | 12/09/2022 |
| 22-16409 | 22-16419 | 09/19/2022 | 12/09/2022 |
| 22-16409 | 22-16426 | 09/19/2022 | 12/09/2022 |
| 22-16409 | 22-16427 | 09/19/2022 | 12/09/2022 |
| 22-16409 | 22-16428 | 09/19/2022 | 10/21/2022 |
| 22-16409 | 22-16522 | 10/04/2022 | 12/09/2022 |
| 22-16410 | 22-16419 | 09/19/2022 | 12/09/2022 |
| 22-16410 | 22-16426 | 09/19/2022 | 12/09/2022 |
| 22-16410 | 22-16427 | 09/19/2022 | 12/09/2022 |

40 I of
43 I

PQ - 1S
of 5
of 1S
total

| | | | |
|---|---|---|---|
| 22-16410 | 22-16428 | 09/19/2022 | 10/21/2022 |
| 22-16410 | 22-16522 | 10/04/2022 | 12/09/2022 |
| 22-16419 | 22-16426 | 09/19/2022 | 12/09/2022 |
| 22-16419 | 22-16427 | 09/19/2022 | 12/09/2022 |
| 22-16419 | 22-16428 | 09/19/2022 | 10/21/2022 |
| 22-16419 | 22-16522 | 10/04/2022 | 01/04/2023 |
| 22-16421 | 22-16426 | 09/19/2022 | 12/09/2022 |
| 22-16421 | 22-16427 | 09/19/2022 | 12/09/2022 |
| 22-16421 | 22-16428 | 09/19/2022 | 10/21/2022 |
| 22-16421 | 22-16522 | 10/04/2022 | 12/09/2022 |
| 22-16423 | 22-16426 | 09/19/2022 | 12/09/2022 |
| 22-16423 | 22-16427 | 09/19/2022 | 12/09/2022 |
| 22-16423 | 22-16428 | 09/19/2022 | 10/21/2022 |
| 22-16423 | 22-16522 | 10/04/2022 | 01/04/2023 |
| 22-16425 | 22-16426 | 09/19/2022 | 12/09/2022 |
| 22-16425 | 22-16427 | 09/19/2022 | 12/09/2022 |
| 22-16425 | 22-16428 | 09/19/2022 | 10/21/2022 |
| 22-16425 | 22-16522 | 10/04/2022 | 01/04/2023 |
| 22-16426 | 22-16427 | 09/19/2022 | 12/09/2022 |
| 22-16426 | 22-16428 | 09/19/2022 | 10/21/2022 |
| 22-16426 | 22-16522 | 10/04/2022 | 12/09/2022 |
| 22-16427 | 22-16522 | 10/04/2022 | 12/09/2022 |
| 22-16428 | 22-16522 | 10/04/2022 | 10/21/2022 |

*[Handwritten annotations: "41 I of 43 I" and "pg. 74 of 75 total"]*

| | |
|---|---|
| In re: ALFRED E. CARAFFA (Federal Prisoner: 350727)<br><br>　　　　Respondent, | Alfred E. Caraffa<br>[NTC Pro Se]<br>ASPC - ARIZONA STATE PRISON COMPLEX - TUCSON<br>P.O. Box 24400<br>Tucson, AZ 85734-4400 |

| |
|---|
| In re:  ALFRED E. CARAFFA,<br><br>　　　　Respondent. |

| | | |
|---|---|---|
| 10/11/2022 | 1 | Miscellaneous case docketed. [12559843] (HH) [Entered: 10/11/2022 12:02 PM] |
| 11/03/2022 | 2 | Filed order (Appellate Commissioner): Respondent, Alfred Caraffa, is directed to respond and show cause within 21 days of this order why this court should not enter the pre-filing review order set forth below. (Pro Se) [12579621] (CKP) [Entered: 11/03/2022 01:09 PM] |
| 11/29/2022 | 3 | Filed Respondent Alfred E. Caraffa response to order to show cause. [12597902] (NAC) [Entered: 11/29/2022 11:30 AM] |
| 12/09/2022 | 4 | Filed order (A. WALLACE TASHIMA, SIDNEY R. THOMAS and RICHARD R. CLIFTON): On November 3, 2022 this court directed respondent Alfred E. Caraffa to show cause why the pre-filing review order set forth below should not be entered, restricting respondent's future filings in this court. Upon review of respondent's response (Docket Entry No. [3]), we direct the Clerk to enter the pre-filing review order. No motions for reconsideration, rehearing, clarification, or any other submissions relating to this order will be entertained in this closed docket....This pre-filing review order will remain in effect unless the court lifts or modifies it in a future order. Respondent may, on |

|            |     | or after December 1, 2024, file a motion in this docket to lift this pre-filing review order, setting forth the reasons why pre-filing review is no longer warranted. (SEE ORDER FOR FULL TEXT) [12607110] (AF) [Entered: 12/09/2022 02:24 PM] |
| 02/13/2023 | 5   | Filed Respondent Alfred E. Caraffa motion to transfer. Deficiencies: no further filings will be entertained per 12/09/2022 order. [12652458] (NAC) [Entered: 02/14/2023 07:55 AM] |
| 02/13/2023 | 6   | Received Respondent Alfred E. Caraffa response to Court order. [12652459] (NAC) [Entered: 02/14/2023 07:56 AM] |
| 08/21/2023 | 7   | Deleted Incorrect Entry (Docketed in Nos. 23-1455 and 23-1457). Original Text: Received Respondent Alfred E. Caraffa's Default judgment. Paper filing deficiency: NAN/No further filings per [4], order. [12778232] (HH) [Entered: 08/21/2023 04:45 PM] |
| 08/28/2023 | 8   | Filed Respondent Alfred E. Caraffa Motion to:Mandatory evidentiary hearing. Paper filing deficiency: NAN/No further filings per [4], order. [12783064] (HH) [Entered: 08/29/2023 04:07 PM] |
| 08/28/2023 | 9   | Filed Respondent Alfred E. Caraffa Motion of original court jurisdiction. Paper filing deficiency: NAN/No further filings per [4], order. [12783067] (HH) [Entered: 08/29/2023 04:09 PM] |
| 08/28/2023 | 10  | Filed Respondent Alfred E. Caraffa Motion to add parties. Paper filing deficiency: NAN/No further filings per [4] order. [12783072] (HH) [Entered: 08/29/2023 04:11 PM] |
| 08/28/2023 | 11  | Filed Respondent Alfred E. Caraffa Motion of mandatory evidentiary hearing. Paper filing deficiency: NAN/No further filings per [4] order. [12783074] (HH) [Entered: 08/29/2023 04:13 PM] |
| 12/28/2023 | 12  | Received Respondent Alfred E. Caraffa Request for docket sheets (Public docket sent). Paper filing deficiency: No further filings per [4], order. [12842609] (HH) [Entered: 12/28/2023 03:19 PM] |

page 15 of 5 of 15
total

42I of 43 I

Legal Notice to the State of Arizona

**Arizona Department of Corrections**
**Rehabilitation and Reentry**

pg 43 I
of 43 I

**Inmate Informal Complaint Resolution**

Exhibit of Evidence 14ACD

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Caralfe Alfred | 38727 | Rincon HuSix A02 | 4/25/23 |

| TO | LOCATION |
|---|---|
| U.S. Supreme Court | Washington D.C. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Per A.R.S.A-Title 31-Section 201.01 (E)
The cost of An Unconstitutional Incarceration
has been calculated.
This Notice to the State that full Restitution
has Not been made by the Attorney General
of the State of Arizona.

The cost is #175⁰⁰ dollars per day Plus 5,000 to
one Ratio for punitive damages. For Now 1,207 days
equals two—1,056,125,000.⁰⁰ Dollars. At A Rate
of 875,000 Dollars per day.
The Attorney General of Arizona has provided the
(Some) Evidence in habeas Case 2:22-CV-00813-PHX-
MTL (ESW).
In the second habeas case 2-23-CV-00247-PHX MTL
(ESW) Provides Evidence of Another Unconstitution on
June 11th 2020. which give Me 5 ots. During this
Unconstitutional Incarceration, has Been calculated at
175⁰⁰ dollars per day Plus 5000 to one Ration for punitive
damages For Now 1267 days.
J under 28 USCS Section 2243-Issuance of writ
Return=hearing=decision—My Reply has to Be under oath
in A court hearing. As the Answer was Filed March 23rd
2023 in 2-22-CV-00813-PHX MTL (ESW) by the Attorney
General of Arizona. who is Now A Defendant in civil
Action(s)

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | April 25th 2023 |

Have you discussed this with institution staff?  ☒ Yes  ☐ No     As Notice to the Director

If yes, give the staff member name: Wrote Inmate letter on 4/24/2023

Distribution:  INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
11/17/20

United States District Court In and
for the District of Arizona
Division of Tucson

---

Alfred "Erika" Caraffa
350727 et. al.,

        Plaintiff/Petitioner

                vs.

Correctional officer
LEON Et. al.,

        Defendant(s)

case number

# Statement
# Of
# FACT

---

Being Pro Se Counsel and Unconstitutionally
held in Custody By the Federal Judge(s)
of this United States of America.
I (Alfred E. Caraffa 350727) Heredo Enter this
Statement of Fact.
        Fact and only fact- If my Constitutional
Rights, Privileges and Immunites do not
Exsist In the Federal Court(s) of the

1 of 2

United States of America. I will
Not provide Any Blood/Plasma to
anyone until they Do Exsist. And
full Compensation is given for Every
Right, Privilege or Immunity Enjoyed
by Every American during my kidnapping
for Blood/Plasma.

THAT THE MEDICAL
DEPARTMENT WILL
NOT GET ANY
SAMPLES
THERE OF.

Jan 27st 2024

350727

2 of 2

United States District Court In and For
The District of Arizona
Division of Tucson

| | |
|---|---|
| Alfred "Erika" Caraffa 350727 et. al., Plaintiff/Petitioner | Case Number _____ |
| VS. | Partial Summary Judgment – Rule 56 Federal Rule of Civil Procedure Rule 56 and |
| Correctional officer Leon et. al., | Default Judgment – ~~RULE~~ 55 - Against ~~the~~ United States, Its Agencies, |
| Defendant(s) | Its offices, Its officials. |

Being Pro se Counsel on Behalf of Myself
(Alfred "Erika" Caraffa 350727) I heredo
Enter this motion of Partial Summary Judgment
and Default Judgment per Federal Rule of
Civil Procedure Rule 55(d) and 56.
        Based on "Clear and Convincing"
~~Ed~~ Evidence which should ~~X~~ satisfy this

1 of 5

Court.
Which is the Federal Court order on
December 9th 2022 In Ninth Circuit
Court of Appeals Case 22-80114.
Not signed by Any federal Judge, clerk
or Employee of that Court. But Being held
as Constitutional. Page two of said order
states - (1) This Pre-Filing review order applies
to all Notices of appeal, petitions, and
original actions filed in whole or in part
by respondent proceeding pro se, EXCEPT
THOSE DIRECTLY CHALLENGING A
CRIMINAL CONVICTION or SENTENCE.
Habeas Corpus Action(s) Are
those of which challenge A criminal
Conviction or sentence.
Case Number(s)
23-2395, 23-3369, 23-15873, 23-
were All habeas Corpus Action(s) subjected
to Month(s) of the Pre-Filing review. Which
by federal Court order is forbidden.
see 9th Circuit Court of Appeals Docket Sheets
for 23-2395 and 23-3369 and 23-15873.
All FILED Under Petitioner Alfred "Erika"
Caraffa while challenging unconstitutional

2 of 5



Conviction(s) in CR2019-155732007DT
and LA089450 (which is in the state of
California (LA089450)

Since the Employees of this 9th
Circuit Court are officials of the United
States of America and the 9th Circuit
Court of Appeals is An office and/or
Agency of the United States of America

This motion Constitutionally gives
the relief Sought by the official Actions
of this United States of America.

As that relief in case number 23-2395
I seek the Sum of $320,000,000.00 Dollars
Plus Interest on the Judgment. For the
Unconstitutional Delay in A writ of
habeas Corpus forbidden by federal Court
order, IN 22-80114

IN case number 23-15873 - I seek the
Sum of $395,880,000.00 Dollars Plus Interest
on this Judgment. For the unconstitutional
Delay in A writ of habeas Corpus forbidden
by Federal Court order in 22-80114.

IN Case number 23-3369 - I seek the
Sum of $369,696,969.99 Dollars Plus Interest
on this Judgment. For the Unconstitutional

3 of 5

Delay in the writ of habeas Corpus.
        IF it please this Court to
again Unconstitutionally dismiss this
Civil class Action Because of Alfred
"Erika" Caroffa 350727 Being Transsexual,
or for Just Being Unconstitutionally
In Custody or for the Day Being A
Thursday or for the Month Being in
the year 2024.
        Once filed to the 9th Circuit
Court of Appeals, Let in the Unconstitutional
Pre-filing case for several Months. I
will file to the Supreme Court of the
United States Until the Supreme Court
gives A Constitutional Verdict. Plus
Interest on Each full Judgment Sought
of $375 million for Each Case cited.
        And I will NOT Provide any
Blood or Plasma SAMple(S) until the
Action(S) have A Constitutional Verdict
And that Sum is Paid in full For Every
Civil, class and Habeas Corpus Action I
have filed since 2019.
        This is NOT A Demand. I'm
Simply informing the Court of what

4 of 5

I Attend to do If this Court or Any Court Continues to deny my Constitutional Rights, privileges and Immunities.

Now its Ever Case Filed, Because of the Denial of Event(s) on Jan. 21st 2024. by the Correctional officers of this UNConstitutional Dept. of Corrections. Plus Interest on Each Judgment.

Jan 21st 2024
All Described Staffs
~~3805~~

This hostage of the United States of America WILL Hold on too the BlOOD And Plasma for the next 125 to 1000 years. If that's what the United States wants.

5 of 5